■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL HERBERT BUNKER, Appellant. [833 NYS2d 414]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 29, 1999 (*People v Bunker*, 259 AD2d 757 [1999]), affirming a judgment of the County Court, Westchester County, rendered February 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAL J. DEANGELO, Appellant. [833 NYS2d 413]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered November 28, 2005, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant voluntarily, knowingly, and intelligently waived his right to appeal (see *People v Ramos*, 7 NY3d 737 [2006]; *People v Lopez*, 6 NY3d 248 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]). The defendant's valid waiver of his right to appeal forecloses appellate review of his challenge to the Supreme Court's suppression determination (see *People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Mumford*, 37 AD3d 855 [2007]; *People v Smith*, 35 AD3d 769 [2006]; *People v Peoples*, 34 AD3d 503 [2006], *lv denied* 8 NY3d 883 [2007]; *People v Campbell*, 24 AD3d 463 [2005]). Prudenti, P.J., Fisher, Lifson and Angiolillo, JJ., concur.